Bobby D. Jones, Pro se
Premier Spectrum Group, PMA
15920 NE 15th Street
Bellevue, Washington 98008-2707
Phone: (602) 692-8777

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | ) **NO. CV-15-609-PHX-SMM** |
| Plaintiff, | ) |
| v. | ) **DEFENDANTS' BOBBY D. JONES AND** |
| Janus Spectrum LLC, et al., | ) **PREMIER SPECTRUM GROUP, PMA** |
| | ) **NOTICE OF APPEAL** |
| Defendants. | ) |

Notice is hereby given that Bobby D. Jones and Premier Spectrum Group, PMA, Defendants, hereby appeal to the United States Court of Appeals for the Ninth Circuit the Final Judgment as to Defendants Bobby D. Jones, and Premier Spectrum Group, PMA from the final judgment in the above-captioned proceeding on the 8th day of August, 2017

DATED this 6th day of October, 2017.

_____ Pro se
Bobby D. Jones, Pro se

by _____ Trustee and Member
Bobby D. Jones, Trustee and Member
**Premier Spectrum Group, PMA**

1

# SERVICE LIST

Donald W. Searles, Cal. Bar No. 135705
Email: searlesd@sec.gov
David J. Van Havermaat, Cal. Bar No. 175761
Email: vanhavermaatd@sec.gov
Sana Muttalib, Cal. Bar No. 267005
Email: muttalibs@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904


Brent J. Fields, Secretary
Office of the Secretary
United States Securities and Exchnge Commission
100 F Street, NE
Washington, D.C. 20549


Honorable Brenda P. Murray
Chief Administrative Law Judge
Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549-2557